ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 JUN 25 A 8:54
CLERK B McCarthy
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

KEVIN SHAWN BLYDEN, )
)
Petitioner, )
)
v. ) CV 107-031
) (Formerly CR 198-049)
UNITED STATES OF AMERICA, )
)
Respondent. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Accordingly, the R&R of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2255 motion is **DENIED**, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of the United States of America.

SO ORDERED this 25th day of June, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE